ON PETITION FOR REHEARING
Before WIENER and EMILIO M. GARZA, Circuit Judges.*
IT IS ORDERED that the petition for rehearing is DENIED.
The petitioner suggests that the Court erred by ruling sun sponte that her wrongful death cause of action brought under 42 U.S.C. § 1983 could not stand because she failed to prove that the defendants caused the decedent’s death. We note that the defendants did address the causation issue both at trial and in their briefs. Carmon v. Lubrizol, 17 F.3d 791, 794 (5th Cir.1994) (this Court liberally construes briefs in determining issues presented for review). Moreover, we may affirm the district court’s decision on any grounds supported by the record. Okoye v. Univ. of Tex. Houston Health Sci. Ctr., 245 F.3d 507, 511 (5th Cir.2001). The petitioner also argues that our holding is flawed because it does not explain why she was not allowed to recover for her own pain and suffering. The petitioner is correct that one whose own constitutional rights have been violated by actions directed at another may maintain her own § 1983 action. The petitioner, however, failed to allege which, if any, of her own constitutional rights were violated. Nor, upon review, could we identify any violation of the petitioner’s rights.

 Judge Parker was a member of the original panel but retired from the court on November 1, 2002, and, therefore did not participate in the petition for rehearing. This order is being entered by a quorum of this court pursuant to 28 U.S.C. Section 46(d).